KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: pkenney@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>                 Plaintiff, ) <br>         v. ) <br> $95,865 IN UNITED STATES CURRENCY, ) <br>                 Defendant. ) | No. C 05-02956 SC <br><br> DEFAULT JUDGMENT |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice to parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a claim and answer, it is by the Court on this   2   day of December 2005,

ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is entered for the United States against defendant $95,865 in United States Currency; and it is

FURTHER ORDERED that the defendant $95,865 in United States Currency be and hereby is condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), and that all right, title and interest in defendant $95,865 in United States Currency be and hereby is vested in the United States of America; and it is

FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited defendant property according to law.

_____
HONORABLE SAMUEL CONTI
United S...



Default Judgment
No. 05-02956 SC                 2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of DEFAULT JUDGMENT to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Kimberly Jurand
c/o V. Roy Lefcourt
2019 Webster Street
San Francisco, CA 94115

LaRoy Ondra Crenshaw
3180 San Bruno Avenue, #4
San Francisco, CA 94134

Deronn Crowell
978 Hollister Avenue
San Francisco, CA 94124

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December, 2005, at San Francisco, California.

/S/
CAROLYN JUSAY
Legal Assistant/AFU

Default Judgment
No. 05-02956 SC                                  3